

# Richard D. Fritz
## State's Attorney For St. Mary's County

COURT HOUSE

41605 COURT HOUSE DR.
POST OFFICE BOX 1755
LEONARDTOWN, MARYLAND 20650-1755

301-475-7844 ext. *4500
FAX 301-475-4596

CIRCUIT COURT
DIVISION

**RESTITUTION PAYMENT RECEIPT**

Receipt Date: Friday, May 11, 2018

Defendant's Name: TALTON, RONALD BRENT
Case Number: 5Q00043440
Trial Date: Tuesday, July 23, 2013

| Date | Amount Received | Form of Payment | Check Number |
|---|---|---|---|
| 9/8/2015 | $500.00 | Cashier's Check | 21001033 |
| 2/4/2016 | $500.00 | Money Order | 21000277 |
| 1/11/2016 | $500.00 | Money Order | 21000277 |
| 12/7/2015 | $500.00 | Money Order | 205072943340 |
| 11/5/2015 | $500.00 | Money Order | 205072946232 |
| 10/20/2015 | $500.00 | Money Order | 205068944685 |
| 8/6/2015 | $500.00 | Money Order | 21000263 |
| 7/8/2015 | $500.00 | Money Order | 206131258597 |
| 3/10/2014 | $14,600.00 | Money Order | PYMTS 8/2/10-3/10/14 |
| 3/7/2016 | $500.00 | Money Order | 206639700696 |
| 4/7/2016 | $500.00 | Money Order | 21000282 |
| 5/9/2016 | $500.00 | Money Order | 08000543 |
| 6/7/2016 | $500.00 | Money Order | 24000868 |
| 7/6/2016 | $500.00 | Money Order | 17000899 |
| 8/9/2016 | $500.00 | Cashier's Check | 21001249 |
| 10/17/2016 | $500.00 | Money Order | 17000968 |
| 12/16/2016 | $500.00 | Money Order | 21000302 |
| 2/27/2017 | $500.00 | Money Order | 14000638 |
| 2/8/2018 | $1,000.00 | Money Order | 15000278 |
| 3/19/2018 | $300.00 | Money Order | 08000575 |
| 5/2/2018 | $300.00 | Money Order | 21000346 |

Unpaid Balance: $47,300.00

*For additional receipts, please include a self-addressed stamped envelope.*

*Thank you*
*State's Attorney's Office*