Entered: June 25th, 2018
Signed: June 25th, 2018

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE: RONALD B. TALTON, JR.    \*    Case No. 18-15071
                                      Chapter 13
                                \*
            Debtor.
                                \*

\*       \*       \*       \*       \*       \*       \*

**ORDER DENYING STATE OF MARYLAND
CONSUMER PROTECTION DIVISION'S
<u>MOTION TO DISMISS DEBTOR'S CHAPTER 13 FILING</u>**

Having considered the State of Maryland Consumer Protection Division's Motion to Dismiss or Convert Chapter 13 Filing or, in the Alternative, Objection to Confirmation of Debtor's Plan and any response thereto and argument thereon, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Division's Motion to Dismiss or Convert Chapter 13 Filing, or in Alternative, Objection to Confirmation of Debtor's Plan be DENIED.

Copies to:

Niknaz M. McCormally
Office of the Attorney General
Consumer Protection Division
200 St. Paul Place, 16th Floor
Baltimore, MD 21202

Ronald B. Talton, Jr
28748 Burroughs Court
Mechanicsville, Maryland 20659

Stephen L. Goldberg, Esq.
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046

**End of Order**